IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSHUA RUBEN HERRERA,

      Appellant,

                         Case No. 5D21-2157

v.                           LT Case No. 2016-CF-000232-A


STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

JAY, BOATWRIGHT and MACIVER, JJ., concur.